IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| LORA CROTZER, Administrator of the Estate of Gaylon Ray Karnes, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:13CV00112 SWW |
| CHS Inc. and John Does I-X, | * * | |
| Defendants. | * | |

**Order of Dismissal**

Before the Court is the parties' joint motion to dismiss this action with prejudice. The motion [ECF No. 38] is granted.

IT IS THEREFORE ORDERED that all claims are hereby dismissed with prejudice.

DATED this 23rd day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE