IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| LORA CROTZER, Administrator of the Estate of Gaylon Ray Karnes, <br><br> Plaintiff, <br><br> vs. <br><br> CHS Inc. and John Does I-X, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   No. 3:13CV00112 SWW <br> * <br> * <br> * <br> * |

## Order of Dismissal

Before the Court is the parties' joint motion to dismiss this action with prejudice. The motion [ECF No. 38] is granted.

IT IS THEREFORE ORDERED that all claims are hereby dismissed with prejudice.

DATED this 23rd day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE